# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**DANIEL S. SINCLAIR, JR.**

**CIVIL ACTION NO. 2:07CV1560**

v.

**LEASE FINANCE GROUP, LLC aka
CIT LEASE FINANCIAL GROUP,
NATIONAL ASSOCIATION OF CREDIT
MANAGEMENT (WESTERN MICHIGAN),
INC., PHILLIPS & COHEN ASSOCIATES,
LTD., EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION, LLC,
and EQUIFAX CREDIT INFORMATION
SERVICES, INC.**

**SECTION B**

**MAGISTRATE 3**

## CIT FINANCIAL USA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PHILLIPS & COHEN ASSOCIATES, LTD.'S COUNTER CROSS-CLAIM

CIT Financial USA, Inc. (CIT) responds to the counter cross-claim of Phillips & Cohen Associates, Ltd. (Phillips) by denying each and every allegation contained therein, except those which hereinafter are specifically admitted. CIT also asserts the following affirmative defenses:

### FIRST DEFENSE

Phillips' counter cross-claim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Phillips' fault was the sole cause or contributing cause of its alleged damages and the damages of Daniel S. Sinclair, Jr. (Sinclair). Phillips' alleged damages are, therefore, either barred or reduced by its own fault.

### THIRD DEFENSE

CIT asserts the fault of non-parties or parties for whom CIT is not responsible, and avers that it has not committed any acts of malfeasance, misfeasance, nonfeasance or negligence.

## FOURTH DEFENSE

CIT reserves the right to assert additional defenses as investigation and discovery progress in this matter.

CIT asserts the following answers to the enumerated paragraphs of Phillips' counter cross-claim:

### 1.

Paragraph 1 contains no allegations of liability and requires no response.

### 2.

CIT admits the allegations concerning its status and domicile. Any allegations in paragraph 2 which suggest liability on the part of CIT, however, are denied.

### 3.

Paragraph 3 contains no allegations directed against CIT and requires no response.

### 4.

Paragraph 4 contains no allegations directed against CIT and requires no response.

### 5.

Paragraph 5 contains no allegations directed against CIT and requires no response. Any allegations in paragraph 5 which suggest liability on the part of CIT, however, are denied.

### 6.

Paragraph 6 contains no allegations directed against CIT and requires no response. To the extent a response is required, the allegations are denied for lack of sufficient information.

### 7.

Paragraph 7 contains no allegations directed against CIT and requires no response. To the extent a response is required, the allegations are denied for lack of sufficient information.

8.

Answering paragraph 8, CIT admits that it has filed a cross-claim against Phillips in the captioned matter. Any other allegations in paragraph 8 which suggest liability on the part of CIT are denied.

9.

Paragraph 9 contains no allegations directed against CIT and requires no response. To the extent the allegations vary from CIT's cross-claim, they are denied. The cross-claim is the best evidence of its content.

10.

Paragraph 10 contains no allegations directed against CIT and requires no response.

11.

Paragraph 11 contains no allegations directed against CIT and requires no response, except to deny that Phillips is entitled to seek reciprocal enforcement of the Agreement.

12.

Paragraph 12 contains no allegations directed against CIT and requires no response. To the extent an answer is required, CIT denies any allegations to the extent they vary from the Agreement, which is the best evidence of its content.

13.

Paragraph 13 contains no allegations directed against CIT and requires no response, except to deny that Phillips is entitled to seek reciprocal enforcement of the Agreement.

14.

Paragraph 14 contains no allegations directed against CIT and requires no response. To the extent that the statements in paragraph 14 are deemed to be allegations, they are admitted.

15.

Answering paragraph 15, it is admitted that Sinclair makes the referenced allegations, which referenced allegations are denied.

16.

Answering paragraph 16, it is admitted that the Agreement includes the referenced language, but any allegations of liability are denied.

17.

The allegations in paragraph 17 are denied.

Wherefore, CIT Financial USA, Inc. prays that its answer to Phillips & Cohen Associates, Ltd.'s counter cross-claim be deemed sufficient and that Phillips' suit against CIT be dismissed, with prejudice, at Phillips' cost.

Respectfully submitted:

**MCGLINCHEY STAFFORD, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
E. Stewart Spielman, (LA Bar Roll #28766)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
sspielman@mcglinchey.com
ktemplet@mcglinchey.com

***Attorneys for CIT Financial USA, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on May 12, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/ChristineLipsey*
Christine Lipsey