UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| DANIEL S. SINCLAIR, JR. | CIVIL ACTION |
|---|---|
| V. | NO. 07-1560 |
| LEASE FINANCE GROUP, LLC A/K/A CIT LEASE FINANCIAL GROUP, NATIONAL ASSOCIATION OF CREDIT MANAGEMENT (WESTERN MICHIGAN) INC., PHILLIPS & COHEN ASSOCIATES, LTD., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AND EQUIFAX CREDIT INFORMATION SERVICES, INC. | SECTION "T": JUDGE PORTEOUS<br><br>MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DISCOVERY

TO: Daniel S. Sinclair, Jr.
*through his attorney of record*
Randall A. Smith
Michael W. Hill
Ariel K. Digiulio
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170

These Discovery Requests are propounded by defendant, **PHILLIPS & COHEN ASSOCIATES, LTD.**, pursuant to the Federal Rules of Civil Procedure.

### ADDITIONAL INSTRUCTIONS AND DEFINITIONS

A. In producing the documents designated below, you are requested to furnish all documents in your possession, custody, or control, regardless of whether the documents are currently in your possession or in the possession of your attorneys, employees, agents, investigators, or other representatives, regardless of (1) who obtained the documents and (2) the source from which the documents were obtained.

B. The term "person" shall mean any individual, partnership, firm, corporation, association, joint venture or any other business or legal entity.

C. The term "document" shall mean the original or copy of any written, printed, typed, photocopy, photographic or graphic matter of any kind or character and any recorded material, however produced or reproduced, in your possession or controlled or known by you to

EXHIBIT
A

exist, including, but not without limiting the generality of the foregoing all drafts, contracts, diaries, calendars, desk pads, correspondence, communications, telegrams, teletypes, memoranda, notes, studies, reports, lists, minutes, and entries in books of accounts relating to or referring in any way to the subject matter of these Requests for Production of Documents.

    D.    The terms "identify" or "identification" and "describe" or "description":

1. When used in reference to an individual, shall mean to state his full name, present or last known residence and business affiliation and business address;

2. When used in reference to a corporation, shall mean to state its full name, its state of incorporation, and its principal place of business;

3. When used in reference to a person other than an individual corporation, shall mean to state its official name, its organizational form and its address;

4. When used in reference to a document, shall mean to state the type of document, date, author, addressee, title, its present location, the name and address of its custodian, and the substance of the contents thereof. In lieu of identifying any document, copies thereof may be furnished;

5. When used in reference to an agreement or contract, shall mean to state the names of each party to the agreement or contract, the date on which it was entered into, the place it was convected, its terms and/or conditions, its present location, the name and address of its custodian, and the substance of the contents thereof. If the agreement or contract has been amended, this must be stated and above information furnished on each such amendment. In lieu of identifying any agreement or contract, copies thereof may be furnished;

6. When used in reference to any act, occurrence, occasion, meeting, transaction or conduct ("act") shall mean to set forth the event or events consulting such act, its location, the date and persons participating, present or involved, and the documents relating or referring in any way thereto;

7. When used in reference to any discussion, shall mean, in addition to the foregoing, to set forth the substance of the discussion; and

8. When used herein, "manual" is intended to mean and encompass any and all booklets, pamphlets, memoranda and books.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce anything at all evidencing your belief that Phillips & Cohen Associates, Ltd. is or represented in any way a consumer reporting agency. Explain, in detail, the pertinence of the element and/or elements in each production produced as to how and why it led to you form such a belief.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce any and all documentation evidencing that Phillips & Cohen Associates, Ltd. issued any consumer credit report regarding you.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce any and all documentation concerning the debt claimed by Lease Financial and/or Phillips & Cohen Associates, Ltd. and/or settlement of the amount owed by you to Lease Financial and/or Phillips & Cohen Associates, Ltd.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce any and all documentation evidencing Phillips & Cohen Associates, Ltd.'s attempts to collect additional payments on the debt owed by you to Lease Financial.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any and all documentation whatsoever, to or from Phillips & Cohen Associates, Ltd. regarding settlement of your Lease Financial accounts.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all correspondence, emails and/or other documentation (electronic or otherwise) evidencing a settlement as alleged by you in your complaint.

## REQUEST FOR PRODUCTION NO. 7:

Please produce any release or other settlement agreement evidencing the settlement as alleged by you in your complaint.

## REQUEST FOR PRODUCTION NO. 8:

Please produce all copies of any checks and/or letters evidencing that the debt claimed was paid in full as alleged by you in your complaint.

## REQUEST FOR PRODUCTION NO. 9:

Please produce copies of all invoices, statements and/or correspondence from any and all collection companies, including but not limited to, Phillips & Cohen Associates, Ltd. and/or Lease Financial.

## REQUEST FOR PRODUCTION NO.10:

Please produce anything at all evidencing your allegations that the debt claimed was paid in full.

## INTERROGATORY NO. 1:

On or about what day in August of 2002 did you speak with a representative of Philips & Cohen Associates, Ltd.? If exact is unknown, please provide an estimated date and provide detailed facts and/or reasoning supporting same.

## INTERROGATORY NO. 2:

Please detail, with specifics, the information exchanged in the conversation referenced in Interrogatory No. 1.

## REQUEST FOR PRODUCTION NO. 11:

Please produce any and all information concerning the conversation you had with the Philips & Cohen Associates, Ltd. representative, including but not limited to any correspondence or documents exchanged as a result of this conversation.

## REQUEST FOR PRODUCTION NO. 12:

Please produce any and all documents, letters, invoice, etc. regarding the derogatory report concerning your accounts.

## REQUEST FOR PRODUCTION NO. 13:

Please produce any and all information reflecting that on September 1, 2004, you provided or attempted to provide all defendants with notice that disputed entries were still on your credit report.

## INTERROGATORY NO. 3:

Please describe in detail the nature of the unfavorable credit report you reviewed on February 8, 2007. Explain in detail your reasoning for this report being inaccurate. Explain in detail your actions following this discovery.

## INTERROGATORY NO. 4:

Detail with specificity all facts to support your claims of negligence and defamation against Philips & Cohen Associates, Ltd.

These discovery requests are to be deemed continuing so as to require supplemental answers under oath, fully and in writing, at any time that additional information may be obtained after answers are filed.

Respectfully submitted,

CRAWFORD LEWIS

*Cathy Giering*
_____
KEELY Y. SCOTT (#23932)
CATHERINE S. GIERING (#26495)
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, Louisiana 70821-3656
Telephone: (225) 343-5290
Facsimile: (225) 383-5508

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing has this day been mailed by U.S. mail, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana this 13th day of July 2007

*Cathy Giering*
_____
Catherine S. Giering