```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DANIEL SINCLAIR, JR.**                           * CIVIL ACTION

**VERSUS**                                         * NO. 07-1560

**LEASE FINANCE GROUP, ET AL.**                    * SEC. "B"(3)

**ORDER**

Considering the Motion for Summary Judgment (Rec. Doc. No. 66);

**IT IS ORDERED** that said motion is **DENIED**, **without prejudice to re-urge**. Parties are directed to pursue Fed. R. Civ. P. 30(b)(6) depositions of corporate representatives.

New Orleans, Louisiana, this 8th day of January, 2009.

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE