**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANIEL S. SINCLAIR, JR.** | **CIVIL ACTION NO. 2:07CV1560** |
| Versus | |
| **LEASE FINANCE GROUP, LLC aka CIT LEASE FINANCIAL GROUP, NATIONAL ASSOCIATION OF CREDIT MANAGEMENT (WESTERN MICHIGAN), INC., PHILLIPS & COHEN ASSOCIATES, LTD., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX CREDIT INFORMATION SERVICES, INC.** | **SECTION B** **MAGISTRATE 3** |

## CIT FINANCIAL USA, INC.'s WITNESS AND EXHIBIT LIST

CIT Financial USA, Inc. (CIT) submits this witness and exhibit list pursuant to the Court's scheduling order. R. Doc. 85. Because ongoing discovery may reveal witnesses and exhibits not identified herein, CIT reserves the right to supplement and/or amend its witness and exhibit list.

## WITNESS LIST

CIT may call the following to testify at trial:

1. Sam Buono, former Lease Finance Group, LLC employee.

2. Representatives or officers of any other party, the necessity of whose testimony may become apparent as discovery progresses.

3. Any other person identified or called by any other party.

4. Any other person identified through discovery including, but not limited to any fact witness or expert.

CIT reserves the right to supplement and/or amend this witness list as discovery proceeds.

320531.1

# **EXHIBIT LIST**

CIT may introduce the following exhibits at trial:

1. May 7, 1997 non-cancellable equipment lease between Habanos of Louisiana and Lease Finance Group Limited Partnership, bearing Lease No. 222217.

2. February 17, 1999 non-cancellable equipment lease between Sinclair Grill, LLC and Lease Finance Group, a division of Newcourt Financial, USA, Inc., bearing Lease No. 297317.

3. February 27, 1999 non-cancellable equipment lease between Sinclair Grill, LLC and Lease Finance Group, a division of Newcourt Financial, USA, Inc., bearing Lease No. 300525.

4. January 20, 2009 non-cancellable lease between Sinclair Grill, LLC and Lease Finance Group, a division of Newcourt Financial, USA, Inc. bearing Lease No. 359802.

5. January 13, 1999 agreement for the collection of unpaid accounts between Phillips & Cohen Associates, LTD and Newcourt Financial (a member of Newcourt Credit Group).

6. February 1, 2000 collection servicing agreement between Lease Finance Group, a division of Newcourt Financial USA, Inc., and National Association of Credit Management – Western Michigan, Inc.

7. Documents regarding Central Progressive Bank loan no. 904341 dated August 22, 2002, borrowers Daniel Sterling Sinclair, Jr., Callan Edward Sinclair, and Cayman Charles Sinclair including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

8. Documents regarding Central Progressive Bank loan no. 904342 dated December 5, 2002, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

9. Documents regarding Central Progressive Bank loan no. 904343 dated October 17, 2003, borrowers Daniel S. Sinclair, Cayman Charles Sinclair and Callan Edward Sinclair including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

10. Documents regarding Central Progressive Bank loan no. 904344 dated October 17, 2003, borrowers Daniel S. Sinclair, Callan Edward Sinclair, and Cayman Charles Sinclair including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

11. Documents regarding Central Progressive Bank loan no. 904345 dated January 27, 2004, borrower Daniel S. Sinclair, Jr. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

12. Documents regarding Central Progressive Bank loan no. 904346 dated March 12, 2004, borrower Daniel S. Sinclair including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

13. Documents regarding Central Progressive Bank loan no. 904347 dated April 8, 2004, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

14. Documents regarding Central Progressive Bank loan no. 904348 dated October 22, 2004, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

15. Documents regarding Central Progressive Bank loan no. 904349 dated April 26, 2005, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

16. Documents regarding Central Progressive Bank loan no. 904350 dated May 6, 2005, borrowers Daniel S. Sinclair and David R. Clement including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

17. Documents regarding Central Progressive Bank loan no. 904352 dated October 7, 2005, borrowers Daniel Sterling Sinclair, Jr. and David R. Clement including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

18. Documents regarding Central Progressive Bank loan no. 904353 dated October 7, 2005, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

19. Documents regarding Central Progressive Bank loan no. 904354 dated February 10, 2006, borrowers Daniel Sterling Sinclair, Jr. and David R. Clement including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

20. Documents regarding Central Progressive Bank loan no. 675881 dated August 11, 2006, borrower Blunt Wrap USA, Inc. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

21. Documents regarding Central Progressive Bank loan no. 679283 dated November 28, 2006, borrower Daniel S. Sinclair including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

22. Documents regarding Central Progressive Bank loan no. 679399 dated February 6, 2007, borrower Daniel S. Sinclair, Jr. including, but not limited to, the promissory note, collateral documentation, laser pro documents, payment history, credit report of borrower(s) (or guarantors, if applicable), and any credit information or credit analysis pertaining to the borrower(s) and/or personal guarantor(s).

23. All pleadings in this case, including attached exhibits.

24. All discovery requests and responses (including subpoenas *duces tecum* and responses) associated with this case.

25. Depositions taken in this case, including exhibits.

26. Any exhibit listed or used by any other party in this case.

CIT reserves the right to supplement and/or amend this exhibit list as discovery proceeds.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
E. Stewart Spielman, (LA Bar Roll #28766)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
sspielman@mcglinchey.com
ktemplet@mcglinchey.com

*Attorneys for CIT Financial USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 13, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no non-CM/ECF participants.

*s/ Christine Lipsey*
Christine Lipsey
